Complaint/Suit persuant to Amendment # 14 of United States Constitution and section 1985 of U.S.C. 42 in forma pauperis 6 mo act stmnt attached Affidavit of indigency

Case # ___23-cv-373-jdp___

Plaintiff
Sovereignty Joeseph Helmueller
SovereignFreeman

vs

Deffendants
① Officer Kastens
① Officer Behnke
① Unknown Doe Officer. "Suppervisor of Kastens and Behnke" "Called in".
① conspirator with officers Christopher Dickson tow truck operator.

In the western Dist of WI U.S. Dist court Plaintiff brings suit against the above persons who did conspire to violate the 4th amendment rights of Plaintiff. and then did violate the 4th amendment rights of Plaintiff.

Demanding a Jury trial the plaintiff brings this suit under section 1985 of 42 U.S.C. in the U.S. dist court for the western dist of wisconsin with intent to recover damages for unlawfully seized property. Under 42 U.S.C § 1985 as an indigent pro se inmate at the waupun W.I. prison, inmate #607689 Sovereignty Joeseph Helmueller SovereignFreeman

1st day    June 2023

Sovereignty Joeseph Helmueller SovereignFreeman
P.o. Box 351 waupun prison
waupun wis 53963

Summary of events
on August 20th 2020 I was in a private parking lot outside of a appartment complex on a non city road--way in a parking stall. I...

Summary of events
... was standing outside of my van when police pulled in and gave me directives to lay down on the ground or they were going to shoot me. I was not in my van a white Dodge mini van wich I had purchased on August 18th or 17th 2020 and complied with directives. I was taken into custody. my van was seized without a warrent being issued and officers conspired together to take my van prior to a warrent being issued, then at the approval of there supervisor to my knowledge and according to there own admissions "in there reports" called in a tow truck driver named christopher Dickson loaded without a valid warrent and with out the direct order of the appartment complex owner and only at the verbal conspired direction of officers Behnke and Kastens...

summary of events ... who admittedly conspired together and with there suppervisor via telephone to seize my van without having a valid warrent even applyed for and also without having any sort of legal authority from anyone to take my van other than there supervisor telling them ya go ahead and have it towed over the phone. officers did not see me opperate the van. on a public road way in violation of any law prior to having Mr. Dickson load and take my van without proper paperwork.

This information is based off of my own first hand knowledge and the wrighten admittion of officers Behnke and Kastens in there naritive statements. Tow truck drivers are aware of the 4th amentment and privet

Summary of events / Releif sought.

... property rights and is a person who conspired with 2 police officers, citing "Beedle v. Wilson 422 F.3d 1059 (10th cir 2005) if a private person was a willing participant in a joint action with the state or its agents he or she can be held liable". citin "Kaden v. Slykhuis 651 F.3d 966 (8th cir. 2011)" when a "supervisor acquiesced in the un--constitutional conduct of subor--dinates may be held liable." For my rights under equal protection I should prevail on my claims least I be sellectly denied justice.

I seek compensation in the amount of $75,000 01/100 for my 2002 Dodge Grand Caravan Vin # 2B4GP34312R677788 and all of my property, tools and other belonings wich were inside of it as a remidy for my rights being violated in a conspiracy of sovereignty

June 1st 2023

Joseph Helmueller, sovereign freeman.