IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SOVEREIGNTY JOESEPH HELMUELLER
SOVEREIGN FREEMAN,

    Plaintiff,

v.

OFFICER KASTENS, OFFICER BEHNKE
UNKNOWN DOE OFFICER,
and CHRISTOPHER DICKSON,

    Defendants.

Case No. 23-cv-373-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| s/ Deputy Clerk | 6/22/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |